# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

## CRIMINAL CASE NO. 1:07cr09

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| NORMAN W. McCURRY. ) | |
| _____ ) | |

**THIS MATTER** is before the Court on the Defendant's Motion for the Request of Trial and Court Records and to Proceed *Pro Se* and *In Forma Pauperis* [Doc. 28].

This document was mailed on March 5, 2013. [Doc. 28-1]. The next day, this Court entered an Order denying a previously filed request for copies of transcripts at Government expense. [Doc. 27]. Obviously, the Defendant had not received that Order at the time he filed the pending motion for a copy of his sentencing transcript. For the same reasons as previously stated, the motion is denied.

There is nothing pending with this Court and thus the remaining relief sought by the Defendant is moot.

**IT IS, THEREFORE, ORDERED** that the Defendant's Motion for the Request of Trial and Court Records and to Proceed *Pro Se* and *In Forma Pauperis* [Doc. 28] is hereby **DENIED**.

Signed: May 21, 2013

Martin Reidinger
United States District Judge